GAMBLE v. LENNON. (Supreme Court, Appellate Division, First Department. November 13, 1896.) Action by Annie Gamble, as administratrix, against William F. Lennon. No opinion. Motion denied, with $10 costs. See 41 N. Y. Supp. 277.

GARLOCK v. GARLOCK. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by Jason Garlock against Orilla C. Garlock and Jane C. Church, individually and as administratrix with the will annexed of John B. Grow, deceased. No opinion. Order affirmed, with $10 costs and disbursements. All concur.

GIDEON, Appellant, v. DWYER, Respondent. (Supreme Court, Appellate Division, First Department. June, 1896.) Action by David Gideon against Philip J. Dwyer.

PER CURIAM. The court, having control over its own judgments, decided that, in furtherance of justice, this case should be heard on the merits (40 N. Y. Supp. 1053); there being an excuse presented, and a defense alleged to exist. No abuse of discretion is shown, and the terms imposed are more than an indemnity to the plaintiff for the expenses to which he has been put, and the delay he has suffered. The order should be affirmed, with $10 costs and disbursements.

GILLIG v. GEORGE C. TREADWELL CO. (Supreme Court, Appellate Division, Third Department. October 2, 1896.) Action by Henry F. Gillig against the George C. Treadwell Company. No opinion. The order appealed from is modified by striking out, after the figures $3,685.49, the words, "with interest thereon from the 5th of January, 1895," and inserting in lieu thereof the words, "with interest thereon from May 9, 1896"; and, as so amended, affirmed, with costs. All concur. See 32 N. Y. Supp. 974; 34 N. Y. Supp. 1139; 42 N. E. 590.

GILLIN, Respondent, v. CANARY, Appellant (two cases). (City Court of New York, General Term. October 30, 1896.) Action by Robert F. Gillin against Thomas Canary. Joseph C. Rosenbaum, for appellant. Oppenheim & Severance, for respondent.

FITZSIMONS, J. These two actions were, on motion of the defendant, consolidated and made one action, and he now complains because judgment was rendered against him for the sum of $4,227.50, contending that in no event can a judgment for more than $2,000 be rendered in this court. This question was passed upon adversely to the appellant's contention by this court (Bush v. Abrahams, 2 N. Y. Supp. 391) in a case similar to this one. We have examined the record carefully, and find no reason to question the judgment herein. It is therefore affirmed, with costs. SCHUCHMAN, J., concurs.

GILLOREN, Appellant, v. BOARD OF SUP'RS OF ONEIDA COUNTY, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by Richard Gilloren against the board of supervisors of Oneida county. No opinion. Order (38 N. Y. Supp. 954) affirmed, with $10 costs and disbursements. Held (1) that, before petitioner was entitled to avail himself of the provisions of section 16, c. 686, of the Laws of 1892, he must state facts sufficient to confer jurisdiction upon the county court; (2) that one of such facts is that the board of supervisors refused to correct the error complained of after being requested so to do, and, inasmuch as this fact is not stated in the petition, the county court failed to obtain jurisdiction of the proceedings. See In re Buffalo Mut. Gas-Light Co., 144 N. Y. 228, 39 N. E. 86. All concur.

In re GINSBERG. (Supreme Court, Appellate Division, First Department. June, 1896.) In the matter of the general assignment of Morris Ginsberg to Max Hallheimer for the benefit of creditors. No opinion. Order modified by striking out the words, "such part of the estate, or its proceeds, as may be necessary to satisfy the provisions of the judgment of the superior court in the cases above mentioned," and by inserting in lieu thereof the words, "so much as he shall actually have paid at the time of the accounting to satisfy the judgment of the superior court in the cases above mentioned"; and, as so modified, affirmed, without costs.

GOLDMAN, Appellant, v. LEVY et al., Respondents. (Supreme Court, Appellate Term, First Department. September, 1896.) Action by Benjamin Goldman against Isaac Levy and others. Hays & Greenbaum, for appellant. Ritch & Woodford, for respondents. No opinion. Affirmed upon argument.

GOLDMAN v. LEVY. (Supreme Court, Appellate Term, First Department. October 29, 1896.) Action by Benjamin Goldman against Isaac Levy and others. Motion by defendants for reargument. For decision on appeal, see supra. Hays & Greenbaum, for the motion. A. H. Sarasohn, opposed.

PER CURIAM. The points raised on the motion were well discussed and considered at the argument of the appeal. No ground for reargument has therefore been presented. Hand v. Rogers, 16 Misc. Rep. 364, 38 N. Y. Supp. 2. Motion denied, with $10 costs.

GOODSELL, Respondent, v. VEEDER, Appellant. (Supreme Court, Appellate Division, Third Department. December 8, 1896.) Action by Fred. R. Goodsell, an infant, by William R. Goodsell, his guardian, against Melvin Veeder. No opinion. Judgment affirmed, with costs. All concur.

GORDON, Respondent, v. MOQUIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 30, 1896.) Action by William Gordon against William A. Moquin and Carsten Offerman. No opinion. Judgment affirmed, with costs. All concur.